[No. 24908-8-I.  Division One.  May 20, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. LAWRENCE E. STELL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00416-6, Sharon S. Armstrong, J., entered September 14, 1989. *Affirmed* by unpublished

opinion per Grosse, C.J., concurred in by Forrest and Baker, JJ.